Tommy BRANNUM, Guardian of the Estate of George Brannum

v.

The Honorable James R. FRY, Judge.

No. C-7625.

Supreme Court of Texas.

Nov. 23, 1988.

Order of this court of September 14, 1988 granting the motion for leave to file peti-

tion for writ of mandamus is withdrawn as the motion for leave was improvidently granted.

The motion for leave to file petition for writ of mandamus is overruled.